JENEE K. CICCARELLI
CICCARELLI LAW, PC
239 NEW ROAD
BUILDING A, SUITE 301
PARSIPPANY, NJ  07054

Re:  PATRICIA WRIGHT
     207 HARMON COVE TOWERS, UNIT 207
     SECAUCUS,  NJ  07094

Atty:  JENEE K. CICCARELLI
       CICCARELLI LAW, PC
       239 NEW ROAD
       BUILDING A, SUITE 301
       PARSIPPANY, NJ  07054

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/1/2025
Chapter 13 Case # 24-19154

**RECEIPTS AS OF 01/01/2025**                                      (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 11/01/2024 | $975.00 | | 12/09/2024 | $975.00 | |

**Total Receipts: $1,950.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $1,950.00**

### LIST OF PAYMENTS TO CLAIMS AS OF 01/01/2025                    (Please Read Across)

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 117.00 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0002 | DEBT RECOVERY SOLUTION | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0003 | HARMON COVE TOWERS | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0004 | HARMON COVE TOWERS I CONDOMINIU | SECURED | 45,619.03 | 100.00% | 0.00 | 0.00 |
| 0005 | M&T BANK | (NEW) Prepetition A | 67,998.40 | 100.00% | 0.00 | 0.00 |
| 0006 | MIDLAND CREDIT MGMT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0007 | MUNICIPAL CREDIT UNION | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0008 | MCU COLLECTION DEPT | UNSECURED | 1,000.00 | 0.00% | 0.00 | 0.00 |
| 0009 | NAVIENT | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0010 | PSE&G CO. | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0011 | SOCIAL SECURITY ADMINISTRATION | UNSECURED | 0.00 | 0.00% | 0.00 | 0.00 |
| 0013 | VIVE FINANCIAL | UNSECURED | 2,086.56 | 0.00% | 0.00 | 0.00 |
| 0014 | RESURGENT CAPITAL SERVICES | UNSECURED | 711.35 | 0.00% | 0.00 | 0.00 |
| 0015 | QUANTUM3 GROUP LLC | UNSECURED | 1,739.86 | 0.00% | 0.00 | 0.00 |
| 0016 | HARMON COVE TOWERS I CONDOMINIU | UNSECURED | 4,581.10 | 0.00% | 0.00 | 0.00 |
| 0017 | MIDLAND CREDIT MANAGEMENT INC | UNSECURED | 1,298.41 | 0.00% | 0.00 | 0.00 |
| 0018 | JEFFERSON CAPITAL SYSTEMS LLC | UNSECURED | 2,872.60 | 0.00% | 0.00 | 0.00 |

**Chapter 13 Case # 24-19154**

**Total Paid: $117.00**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed , to and including: January 18, 2025.

Receipts: $1,950.00       -   Paid to Claims: $0.00       -   Admin Costs Paid: $117.00       =   Funds on Hand: $1,833.00

**\*\*NOTE**:  THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE.  ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.