Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−19154−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Patricia Wright
aka Patricia E Simmons, aka Patricia Elicia Simmons
207 Harmon Cove Towers, Unit 207
Secaucus, NJ 07094

Social Security No.:
xxx−xx−1284

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/13/25 at 10:00 AM

to consider and act upon the following:

*22* – Notice of Request for Loss Mitigation re:M&T Bank, filed by Jenee K. Ciccarelli on behalf of Patricia Wright. Objection deadline is 02/5/2025. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Ciccarelli, Jenee)

Dated: 1/22/25

Jeanne Naughton
Clerk, U.S. Bankruptcy Court