UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Jenee K. Ciccarelli, Esq. (JC/0693)
Law Offices of Wenarsky & Goldstein, LLC
410 State Route 10 West, Suite 214
Ledgewood, NJ 07852
Phone: (973) 927-5100
Email: jenee@wg-attorneys.com

Order Filed on May 20, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Patricia Wright

Case No.: 24-19154

Chapter: 13

Judge: John K. Sherwood

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 20, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __2/13/25_____ :

Property: ___207 Harmon Cove Towers, Unit 207, Secaucus, NJ 07094_____

Creditor: ___M&T Bank_____

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by __Debtor_____, and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including ___9/20/2025_____.

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2