Order Filed on May 28, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 24-19154 |
|---|---|---|
| **Patricia Wright,** | Chapter: | 13 |
| Debtor. | Hearing Date: | 5/22/2025 |
| | Judge: | John K. Sherwood |

## ORDER DENYING MOTION TO REDUCE CLAIMS OF HARMON COVE TOWERS I CONDOMINIUM ASSOCIATION, INC.

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 28, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:            **Patricia Wright**
Case #:            **24-19154-JKS**
Caption of Order:  **ORDER DENYING MOTION TO REDUCE CLAIMS OF HARMON COVE TOWERS I CONDOMINIUM ASSOCIATION, INC.**

---

**UPON** consideration of the Motion to Reduce Claims of Harmon Cove Towers I Condominium Association, Inc. filed by Jenee K. Ciccarelli, Esquire, on behalf of Patricia Wright, ("Motion") [ECF No. 30], the objection filed thereto by Ellen M. Goodman, Esquire on behalf of the Harmon Cove Towers I Condominium Association (the "Association") [ECF No. 33] along with the Debtor's Reply [ECF No. 35],

**AND** the Court having considered the arguments made at the hearing on May 22, 2025,

**AND** for the reasons set forth on the record,

**IT IS HEREBY ORDERED** that the Motion is **DENIED** without prejudice to the Debtor's right to challenge the late fees charged by the Association in the future.