**Order Filed on May 28, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: <br><br>**Patricia Wright,** <br><br>        Debtor. | Case No.:     24-19154 <br> Chapter:      13 <br> Hearing Date: 5/22/2025 <br><br> Judge:        John K. Sherwood |

**ORDER DENYING MOTION TO REDUCE CLAIMS OF HARMON COVE TOWERS I CONDOMINIUM ASSOCIATION, INC.**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 28, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor:            **Patricia Wright**
Case #:            **24-19154-JKS**
Caption of Order:  **ORDER DENYING MOTION TO REDUCE CLAIMS OF HARMON COVE TOWERS I CONDOMINIUM ASSOCIATION, INC.**

---

**UPON** consideration of the Motion to Reduce Claims of Harmon Cove Towers I Condominium Association, Inc. filed by Jenee K. Ciccarelli, Esquire, on behalf of Patricia Wright, ("Motion") [ECF No. 30], the objection filed thereto by Ellen M. Goodman, Esquire on behalf of the Harmon Cove Towers I Condominium Association (the "Association") [ECF No. 33] along with the Debtor's Reply [ECF No. 35],

**AND** the Court having considered the arguments made at the hearing on May 22, 2025,

**AND** for the reasons set forth on the record,

**IT IS HEREBY ORDERED** that the Motion is **DENIED** without prejudice to the Debtor's right to challenge the late fees charged by the Association in the future.

United States Bankruptcy Court

District of New Jersey

In re:                                                                  Case No. 24-19154-JKS

Patricia Wright                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                              User: admin                                     Page 1 of 1

Date Rcvd: May 28, 2025                     Form ID: pdf903                             Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2025:**

| Recip ID |   | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Wright, 207 Harmon Cove Towers, Unit 207, Secaucus, NJ 07094-1704 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2025                               Signature:             /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Ellen Miriam Goodman | on behalf of Creditor Harmon Cove Towers I Condominium Association Inc. ellen@ellengoodmanlawoffice.com |
| Jenee K. Ciccarelli | on behalf of Debtor Patricia Wright jenee@wg-attorneys.com<br>LawOfficesofScottJGoldsteinLLC@jubileebk.net;nyrva@wg-attorneys.com;dontas@wg-attorneys.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5