Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−19154−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Patricia Wright
aka Patricia E Simmons, aka Patricia Elicia
Simmons
207 Harmon Cove Towers, Unit 207
Secaucus, NJ 07094

Social Security No.:
xxx−xx−1284

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/27/25.

Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 27, 2025
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 24-19154-JKS |
| Patricia Wright | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 27, 2025 | Form ID: 148 | Total Noticed: 21 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Wright, 207 Harmon Cove Towers, Unit 207, Secaucus, NJ 07094-1704 |
| 520393264 | + | Becker & Poliakoff, LLP, 1776 on the Green, 67 East Park Place, Suite 800, Morristown, NJ 07960-7125 |
| 520393266 | + | Harmon Cove Towers, 98 Harmon Cove Towers, Secaucus, NJ 07094-1753 |
| 520393267 | + | Harmon Cove Towers I Condominium Assoc., 98 Harmon Cove Tower, Secaucus, NJ 07094-1753 |
| 520414753 | + | Harmon Cove Towers I Condominium Association, Inc., Goodman Law Office LLC, 100 Enterprise Drive, Suite 301, Rockaway, NJ 07866-2129 |
| 520467311 | | Vive Financial, P.O. Box 78670, Sandy, UT 84070 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 27 2025 21:13:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 27 2025 21:13:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520393265 | ^ | MEBN | Jun 27 2025 21:04:54 | Debt Recovery Solution, Attn: Bankruptcy, 6800 Jericho Turnpike, Ste 113e, Syosset, NY 11791-4401 |
| 520456027 | | EDI: JEFFERSONCAP.COM | Jun 28 2025 00:50:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520401224 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 27 2025 21:21:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520393268 | | Email/Text: camanagement@mtb.com | Jun 27 2025 21:13:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520454264 | | Email/Text: camanagement@mtb.com | Jun 27 2025 21:13:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520455601 | | Email/Text: bankruptcynotice@nymcu.org | Jun 27 2025 21:13:00 | MUNICIPAL CREDIT UNION, 22 CORTLANDT ST 24 FL, NEW YORK, NY 10007 |
| 520393271 | | Email/Text: bankruptcynotice@nymcu.org | Jun 27 2025 21:13:00 | Municipal Credit Union, 185 Montague St, Brooklyn, NY 11201 |
| 520393270 | | Email/Text: bankruptcynotice@nymcu.org | Jun 27 2025 21:13:00 | Municipal Credit Union, 350 Jay Street, Brooklyn, NY 11201 |
| 520447900 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2025 21:13:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520393269 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 27 2025 21:13:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520393273 | ^ | MEBN | | |

District/off: 0312-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 27, 2025 | Form ID: 148 | Total Noticed: 21

| Recip ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| | | Jun 27 2025 21:04:23 | PSE&G Co., P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 520402358 | EDI: Q3G.COM | Jun 28 2025 00:50:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520393275 | Email/Text: bankruptcynotices@vivecard.com | Jun 27 2025 21:11:00 | Vive Financial, Attn: Bankruptcy, 380 Data Drive, Suite 200, Draper, UT 84020 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520393272 | | Navient |
| 520393274 | | Social Security Administration |
| cr | *+ | Harmon Cove Towers I Condominium Association, Inc., Goodman Law Office LLC, 100 Enterprise Drive, Suite 301, Rockaway, NJ 07866-2129 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 29, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Ellen Miriam Goodman | on behalf of Creditor Harmon Cove Towers I Condominium Association Inc. ellen@ellengoodmanlawoffice.com |
| Jenee K. Ciccarelli | on behalf of Debtor Patricia Wright jenee@wg-attorneys.com LawOfficesofScottJGoldsteinLLC@jubileebk.net;nyrva@wg-attorneys.com;dontas@wg-attorneys.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5