Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 24−19154−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Patricia Wright
  aka Patricia E Simmons, aka Patricia Elicia Simmons
  207 Harmon Cove Towers, Unit 207
  Secaucus, NJ 07094

Social Security No.:
  xxx−xx−1284

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:  8/28/25
Time:  10:00 AM
Location:  Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Jenee K. Ciccarelli, Debtor's Attorney

COMMISSION OR FEES
$6,931.50

EXPENSES
$478.32

If this is a chapter 13 case, the fees and expenses awarded:

- ☑ will not reduce the amount to be paid to general unsecured creditors under the plan.

- ☐ will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: July 28, 2025
JAN:

                                                                                      Jeanne Naughton
                                                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Patricia Wright  
Debtor

Case No. 24-19154-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 2
Date Rcvd: Jul 28, 2025 | Form ID: 137 | Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Patricia Wright, 207 Harmon Cove Towers, Unit 207, Secaucus, NJ 07094-1704 |
| 520393264 | + | Becker & Poliakoff, LLP, 1776 on the Green, 67 East Park Place, Suite 800, Morristown, NJ 07960-7125 |
| 520393266 | + | Harmon Cove Towers, 98 Harmon Cove Towers, Secaucus, NJ 07094-1753 |
| 520393267 | + | Harmon Cove Towers I Condominium Assoc., 98 Harmon Cove Tower, Secaucus, NJ 07094-1753 |
| 520414753 | + | Harmon Cove Towers I Condominium Association, Inc., Goodman Law Office LLC, 100 Enterprise Drive, Suite 301, Rockaway, NJ 07866-2129 |
| 520467311 | | Vive Financial, P.O. Box 78670, Sandy, UT 84070 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 28 2025 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 28 2025 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520393265 | ^ | MEBN | Jul 28 2025 20:40:54 | Debt Recovery Solution, Attn: Bankruptcy, 6800 Jericho Turnpike, Ste 113e, Syosset, NY 11791-4401 |
| 520456027 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jul 28 2025 20:44:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 520401224 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2025 20:48:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520393268 | | Email/Text: camanagement@mtb.com | Jul 28 2025 20:44:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 520454264 | | Email/Text: camanagement@mtb.com | Jul 28 2025 20:44:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 520455601 | | Email/Text: bankruptcynotice@nymcu.org | Jul 28 2025 20:44:00 | MUNICIPAL CREDIT UNION, 22 CORTLANDT ST 24 FL, NEW YORK, NY 10007 |
| 520393271 | | Email/Text: bankruptcynotice@nymcu.org | Jul 28 2025 20:44:00 | Municipal Credit Union, 185 Montague St, Brooklyn, NY 11201 |
| 520393270 | | Email/Text: bankruptcynotice@nymcu.org | Jul 28 2025 20:44:00 | Municipal Credit Union, 350 Jay Street, Brooklyn, NY 11201 |
| 520447900 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 28 2025 20:44:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 520393269 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 28 2025 20:44:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 520393273 | ^ | MEBN | | |

Case 24-19154-JKS    Doc 45    Filed 07/30/25    Entered 07/31/25 00:13:48    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 28, 2025 | Form ID: 137 | Total Noticed: 21 |

|  |  | Jul 28 2025 20:40:36 | PSE&G Co., P.O. Box 14444, New Brunswick, NJ 08906-4444 |
|---|---|---|---|
| 520402358 | Email/Text: bnc-quantum@quantum3group.com | Jul 28 2025 20:44:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 520393275 | Email/Text: bankruptcynotices@vivecard.com | Jul 28 2025 20:43:00 | Vive Financial, Attn: Bankruptcy, 380 Data Drive, Suite 200, Draper, UT 84020 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520393272 |  | Navient |
| 520393274 |  | Social Security Administration |
| cr | *+ | Harmon Cove Towers I Condominium Association, Inc., Goodman Law Office LLC, 100 Enterprise Drive, Suite 301, Rockaway, NJ 07866-2129 |

TOTAL: 2 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2025        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Ellen Miriam Goodman | on behalf of Creditor Harmon Cove Towers I Condominium Association  Inc. ellen@ellengoodmanlawoffice.com |
| Jenee K. Ciccarelli | on behalf of Debtor Patricia Wright jenee@wg-attorneys.com LawOfficesofScottJGoldsteinLLC@jubileebk.net;nyrva@wg-attorneys.com;dontas@wg-attorneys.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5