**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

Jenèe K. Ciccarelli, Esq. (JC/0693)
Ciccarelli Law, PC
239 New Rd. Bld A, Suite 301
Parsippany, New Jersey 07054
Phone: 973-737-9060
Fax: 973-619-0023
jenee@bankruptcy-lawnj.com

In Re:

    Patricia Wright

                Debtor(s)

Order Filed on November 5, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| Case No. | 24-19154 |
| Chapter: | 13 |
| Hearing Date: | August 28, 2025 @ 10:00 a.m. |
| Judge: | Hon. John K. Sherwood |

**REVISED ORDER GRANTING FINAL CHAPTER 13**
**FEES 6/22/24 THRU 7/12/25**

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

**DATED: November 5, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page:   2
Debtors: Patricia Wright
Case No. 24-19154/JKS
Caption:  Revised Order Granting Final Chapter 13 Fees

_____

The applicant, Jenee Ciccarelli, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,**  that Jenee Ciccarelli, Esq., is allowed a fee of $6,931.50 for services and $478.32 for disbursements for a total of $7,489.02 less $900.00 previously received leaving a balance due of $6,509.82.  The allowance shall be payable:


_____X_____    $3,689.50 through the Chapter 13 plan as an administrative priority.


_____X_____    $2,820.32 outside the Chapter 13 plan.


**ORDERED**, that the above-referenced fees shall be paid to Ciccarelli Law, PC, Jenee Ciccarelli, and the proceeds

mailed to:

Jenee K. Ciccarelli, Esq.
Ciccarelli Law, PC
239 New Rd. Bld.A, Suite 301,
Parsippany, NJ  07054; and it is further,

**ORDERED** that as this case was dismissed on June 26, 2025, Marie-Ann Greenberg, Esq., Chapter 13 Trustee,

shall pay this amount to the Movant before releasing any monies to the Debtor.