| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Jenèe K. Ciccarelli, Esq. (JC/0693)<br>Ciccarelli Law, PC<br>239 New Rd. Bld A, Suite 301<br>Parsippany, New Jersey 07054<br>Phone: 973-737-9060<br>Fax: 973-619-0023<br>jenee@bankruptcy-lawnj.com | Order Filed on November 5, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Patricia Wright<br><br><br>Debtor(s) | Case No.        24-19154<br><br>Chapter:        13<br><br>Hearing Date:   August 28, 2025 @ 10:00 a.m.<br><br>Judge:          Hon. John K. Sherwood |

**REVISED ORDER GRANTING FINAL CHAPTER 13**
**FEES 6/22/24 THRU 7/12/25**

The relief set forth on the following pages numbered two (2) through (2) is hereby ORDERED.

DATED: November 5, 2025

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page:   2
Debtors: Patricia Wright
Case No. 24-19154/JKS
Caption:  Revised Order Granting Final Chapter 13 Fees
_____

The applicant, Jenee Ciccarelli, Esq., having certified that legal work for Chapter 13 services has been rendered and no objections having been raised:

**IT IS HEREBY,**

**ORDERED,** that Jenee Ciccarelli, Esq., is allowed a fee of $6,931.50 for services and $478.32 for disbursements for a total of $7,489.02 less $900.00 previously received leaving a balance due of $6,509.82.  The allowance shall be payable:

_____X_____     $3,689.50 through the Chapter 13 plan as an administrative priority.

_____X_____     $2,820.32 outside the Chapter 13 plan.

**ORDERED**, that the above-referenced fees shall be paid to Ciccarelli Law, PC, Jenee Ciccarelli, and the proceeds mailed to:

Jenee K. Ciccarelli, Esq.
Ciccarelli Law, PC
239 New Rd. Bld.A, Suite 301,
Parsippany, NJ  07054; and it is further,

**ORDERED** that as this case was dismissed on June 26, 2025, Marie-Ann Greenberg, Esq., Chapter 13 Trustee, shall pay this amount to the Movant before releasing any monies to the Debtor.

United States Bankruptcy Court
District of New Jersey

In re:　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 24-19154-JKS
Patricia Wright　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 13
　　　　Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2　　　　　　　　　　　　　User: admin　　　　　　　　　　　　　Page 1 of 1
Date Rcvd: Nov 05, 2025　　　　　　　　　Form ID: pdf903　　　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　　　Definition**
+　　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Patricia Wright, 207 Harmon Cove Towers, Unit 207, Secaucus, NJ 07094-1704 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 07, 2025　　　　　　　　　Signature:　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Ellen Miriam Goodman | on behalf of Creditor Harmon Cove Towers I Condominium Association  Inc. ellen@ellengoodmanlawoffice.com |
| Jenee K. Ciccarelli | on behalf of Debtor Patricia Wright jenee@wg-attorneys.com  LawOfficesofScottJGoldsteinLLC@jubileebk.net;nyrva@wg-attorneys.com;dontas@wg-attorneys.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5